# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

| | |
|---|---|
| STEPHEN E. PODEWELL, | Case No. 1:15-cv-00432 |
| Plaintiff, | Hon. Gordon J. Quist |
| v | **Defendant's Second Set of Requests to Admit and Related Interrogatories and Request to Produce Directed to Plaintiff** |
| APPLEBEE'S RESTAURANTS MID-ATLANTIC LLC, | |
| Defendant. | |

Defendant Applebee's Restaurants Mid-Atlantic LLC directs the following Requests to Admit and Related Interrogatories and Requests to Produce to Plaintiff Stephen E. Podewell to be answered within thirty days, pursuant to Federal Rule of Civil Procedure 36.

"The Incident" refers to the incident at Applebee's Restaurant on January 24, 2012, which forms the basis of your Complaint in this matter.

**REQUEST TO ADMIT NO. 1:**

Admit that you have not suffered any physical injury as a result of the Incident, including any dental injury.

**RESPONSE:**

**INTERROGATORY NO. 1:**

If your response to the preceding Request is anything other than an unqualified admission, please attach a copy of all documents in your possession or that you can obtain from any of your agents or medical or dental providers that support your Answer.

**RESPONSE:**

**REQUEST TO ADMIT NO. 2:**

Admit that you have not sustained any emotional or mental injury as a result of the Incident.

**RESPONSE:**

**INTERROGATORY NO. 2:**

If your response to the preceding Request is anything other than an unqualified admission, please attach a copy of all documents in your possession or that you can obtain from any of your agents or medical or mental health providers which support your Answer.

**RESPONSE:**

**REQUEST TO ADMIT NO. 3:**

Admit that you have not sustained any economic damage as a result of the Incident.

**RESPONSE:**

**INTERROGATORY NO. 3:**

If your response to the preceding Request is anything other than an unqualified admission, please attach a copy of all documents in your possession or that you can obtain from any of your agents, accountants, tax preparers, present or former employers, or medical or dental providers, which support your Answer.

**RESPONSE:**

| | |
|---|---|
| Dated: November 30, 2015 | PLUNKETT COONEY<br><br>*/s/ Sandra J. Densham*<br>Sandra J. Densham (P69397)<br>Attorneys for Defendant<br>333 Bridge Street NW Ste 530<br>Grand Rapids, MI  49504<br>(616) 752-4627<br>sdensham@plunkettcooney.com |

Open.00170.51246.16232508-1

2

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

STEPHEN E. PODEWELL,

    Plaintiff,

v

APPLEBEE'S RESTAURANTS MID-ATLANTIC LLC,

    Defendant.

Case No. 1:15-cv-00432

Hon. Gordon J. Quist

**Certificate of Service**

---

    I, Sandra J. Densham, certify that on November 30, 2015, a copy of Defendant's Second Request to Admit with Related Interrogatories and Request to Produce was served by email and First Class Mail on the following:

    Stephen E. Podewell
    6814 West "B" Avenue
    Plainwell, MI   49080-9702
    podewell@yahoo.com

Dated:  November 30, 2015

    /s/ Sandra J. Densham
    Sandra J. Densham
    Plunkett Cooney
    Attorneys for Defendant
    333 Bridge NW Suite 530
    Grand Rapids, MI  49504
    (616) 752-4600
    sdensham@plunkettcooney.com

Open.00170.51246.16234336-1