1

*************************************************************************

January 20, 2016

Sandy,

The court rightfully and judicially denied your first summary judgment motion.  There is legal standing.  When the court requested a settlement conference earlier than it is scheduled now, I allowed you to extend it to enable the Applebee's representative to physically attend.  Since that time, you have attempted to smear my good name, before the court, in an attempt to justify Applebee's negligence and have subsequently filed a second motion for summary judgment.  The same Applebee's negligence is still there.  I am sure in your highlights, you likely didn't mention or accentuate my induction membership into Rotary, Phi Kappa Phi - Academic Honor Society, Kappa Delta Pi - International Honor Society in Education, Sigma Xi - Scientific Research Society, Phi Alpha Delta - Law Fraternity International, and Gamma Theta Upsilon - International Geographical Honor Society, my active community support and involvement, or the fact that I have multiple degrees from Valparaiso University and Western Michigan University.  I have a great deal to offer the world, especially in my knowledge of climate change.  Because of all of these reasons, I reject the Applebee's representative to appear by phone at the settlement conference, he or she should be physically present.  I also do believe that a representative of the insurer should be required to attend as well.  The Applebee's negligent incident caused me a great deal of grief then, and still does.  The stress, anxiety, mental anguish, sleeplessness, damage to my teeth, and physical discomfort that the Applebee's negligence has caused me is apparently of little value to you.  I can say from my standpoint, it has been hell.

I request that this text be included in your brief to the court.

Sincerely,

Stephen E. Podewell