UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

STEPHEN E. PODEWELL,                          Case No. 1:15-cv-00432

     Plaintiff,                                      Hon. Gordon J. Quist

v

APPLEBEE'S RESTAURANTS                   **Defendant's Reply to Plaintiff's Response**
MID-ATLANTIC LLC,                               **to Defendant's Second Motion for**
                                                         **Summary Judgment**

     Defendant.
_____

     Defendant's Second Motion for Summary Judgment and supporting Brief [ECF 48, 49] sought summary judgment on the grounds that by virtue of Plaintiff's deemed admissions, there was no remaining issues of genuine material fact.  Plaintiff's Response [ECF 58] to Defendant's Second Motion does not dispute that by failing to respond to Defendant's Second Requests to Admit, Plaintiff admitted that with respect to his subject visit to Applebee's, he has not sustained any physical or emotional injury, nor has he suffered any economic damages.

     Therefore, for the reasons more fully stated in Defendant's principal supporting Brief, Defendant respectfully requests that the Court grant summary judgment in its favor and for such further relief as may be appropriate.


Dated:  February 10, 2016                   _/s/ Sandra J. Densham_____
                                                        Sandra J. Densham
                                                        Plunkett Cooney
                                                        Attorneys for Defendant
                                                        333 Bridge NW Suite 530
                                                        Grand Rapids, MI  49504
                                                        (616) 752-4627
                                                        sdensham@plunkettcooney.com