UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

| | | |
|---|---|---|
| STEPHEN E. PODEWELL, | Case No. 1:15-cv-00432 | **FILED - GR** <br> February 19, 2016 4:09 PM <br> CLERK OF COURT <br> U.S. DISTRICT COURT <br> WESTERN DISTRICT OF MICHIGAN <br> BY: mkc   SCANNED BY: /s/ |
| Plaintiff, | Hon. Gordon J. Quist | |
| v | | |
| APPLEBEE'S RESTAURANTS MID-ATLANTIC LLC, | | |
| Defendant. | | |

February 19, 2016

Response to Pre-Trial.

Honorable Judge Gordon Quist:

It is my hope that a settlement will be reached on Wednesday, February 24, 2016 at the pre-trial settlement conference at 2:00 p.m. If an agreement cannot be reached, there is enough evidence to proceed to trial. The evidence consists of the following: 1) Manager of Applebee's Restaurant (written statement) accepting responsibility, on behalf of Applebee's Restaurant, for the broken pieces of porcelain plate in their spinach artichoke dip that was served to my family and I; 2) Attorney Sandra Densham's verbal affirmation of the same; 3) Bonnie Podewell as a witness of the circumstances; 4) My, Stephen E. Podewell, broken molars in my mouth; 5) chest & dental x-rays; 6) The known fact of the harm that can come from glass/ceramic and Chinese paint to the body; 7) The likelihood that the material was absorbed by my body and could show further effects, at some future point; 8) The pain, suffering, mental anguish, acid reflux, loss of work/wages/income, and sleep deprivation that I sustained then and the effects still today; 9) The detrimental impact that one event had on my life, family, work, and still impacts me today, as I have had to miss work to be able to file all the paperwork for the lawsuit against Applebee's Restaurant. I do not have the financial means to afford an attorney.

This is a <u>Strict Liability</u> case where the negligence has already been admitted by the defendants. I ask, request, that you find in favor of me, the plaintiff.

Respectfully submitted,

*Stephen E. Podewell*

Stephen E. Podewell