UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Judge |
|---|---|---|---|---|
| 1:15-cv-00432-GJQ | 2/24/2016 | 2:00 PM - 4:25 PM | Grand Rapids | Ellen S. Carmody |

**CASE CAPTION**

| Plaintiff(s): | Defendant(s): |
|---|---|
| Stephen E. Podewell | Applebees Restaurant |

**APPEARANCES**

| Attorney: | Representing: |
|---|---|
| Pro Se | Plaintiff(s) |
| Sandra J. Densham | Defendant(s) |

**PROCEEDINGS**

**NATURE OF HEARING:** Early Settlement Conference held; case settled; order regarding dismissal documents to issue.

Portions Digitally Recorded
Deputy Clerk: J. Lenon