UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

STEPHEN E. PODEWELL,

    Plaintiff,

v

APPLEBEE'S RESTAURANTS MID-ATLANTIC LLC,

    Defendant.

Case No. 1:15-cv-00432

Hon. Gordon J. Quist

**Stipulation and Order of Dismissal**

## Stipulation

Pursuant to an agreement placed on the record on February 25, 2016, before the Honorable Ellen S. Carmody, the parties stipulate to the entry of an order dismissing this action with prejudice and without costs.

Dated: March 10, 2016

Stephen E. Podewell
Plaintiff
6814 West "B" Avenue
Plainwell, MI  49080-9702
708-262-6353
podewell@yahoo.com

Dated: March 14, 2016

/s/ Sandra J. Densham
Sandra J. Densham
Plunkett Cooney
Attorneys for Defendant
333 Bridge NW Suite 530
Grand Rapids, MI  49504
(616) 752-4627
sdensham@plunkettcooney.com

## **Order**

IT IS SO ORDERED.

_____
Gordon J. Quist

Open.00170.51246.16610250-1

2